EDWARD SMITH et al., Respondents-Appellants, *v.* COMMUNITY SYNAGOGUE et al., Respondents, and HARBOR ACRES REALTY CORPORATION, Appellant.

Argued June 1, 1955; decided July 8, 1955.

*Clarence F. Corner* and *Frederick Weisbrod* for Harbor Acres Realty Corporation, appellant.

*Clarence F. Corner* and *Frederick Weisbrod* for Community Synagogue, respondent.

*Carlo F. Salvador* for respondents-appellants.

Judgment affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.